IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BROOKES H. BAKER, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:19-cv-00869-O |
| CITY OF FORT WORTH, TEXAS, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs Brookes H. Baker's and Curtis Ryan Roberts's Notice of Non-Suit (ECF No. 15), filed December 31, 2019. In their Notice of Non-Suit, Plaintiffs dismiss their claims against the individual members of the Fort Worth City Council—Betsy Price, Carlos E. Flores, Brian Byrd, Cary Moon, Gyna Bivens, Jungus Jordan, Dennis Singleton, Kelly Allen Gray, and Ann Zadeh (collectively, the "Individual Defendants")—in their official capacities.

It is therefore **ORDERED, ADJUDGED, and DECREED** that all claims brought by Plaintiffs in this case against the Individual Defendants are hereby **DISMISSED without prejudice.** The Individual Defendants' Motion to Dismiss and Supporting Brief (ECF No. 14) is therefore **MOOT.** Plaintiffs' claims against Defendants City of Fort Worth, Officer NFN Trevino, Officer NFN McWhirter, Officer NFN Hernandez, Officer NFN Brannan, Officer NFN Brazeal, Officer NFN Carpenter, and Officer NFN Cuthbertson remain active.

SO ORDERED on this **31st day** of **December, 2019**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**