IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **BROOKES H. BAKER, et al.,** § § § **Plaintiffs,** § § **v.** § § § **CITY OF FORT WORTH, TEXAS, et al.,** § § § **Defendants.** § | Civil Action No. 4:19-cv-00869-O |

## ORDER

Before the Court is Plaintiffs Brookes H. Baker's and Curtis Ryan Roberts's Unopposed Motion for Extension of Time to File Response (ECF No. 20), filed February 4, 2020. Having considered the motion, the Court finds that it should be and is hereby **GRANTED.** Plaintiffs are **ORDERED** to file their response to the Officer Defendants' Motion to Dismiss (ECF No. 17) and Motion to Stay (ECF No. 19) on or before **February 21, 2020.**

SO ORDERED on this **5th day** of **February, 2020**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE