UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **BROOKES H. BAKER, CURTIS RYAN ROBERTS,** § | | |
| Plaintiffs, § | | **CIVIL ACTION:** |
| § | | **4:19-cv-00869-O** |
| v. § | | |
| § | | |
| **CITY OF FORT WORTH, TEXAS, et al.** § | | |
| Defendants. § | | |

## NOTICE OF NON-SUIT

**COME NOW** Plaintiffs Baker and Roberts (collectively "Plaintiffs") to dismiss all claims against the Police Officer Defendants originally named in an individual capacity in this case, including defendants Officer Trevino, Officer McWhirter, Officer Hernandez, Officer Brannan, Officer Brazeal, Officer Carpenter, and Officer Cuthbertson.

This dismissal is not with prejudice.

In filing this notice of non-suit, the plaintiff is also responding to the motion to dismiss filed by the Officer Defendants on January 17, 2020 (Doc. No. 17), the Police Officer Defendants' Answer (Doc. No. 18), and associated Motion and Brief To Stay Discovery & Disclosures (Doc. No. 19), all of which Plaintiffs assert are now moot.

Respectfully submitted,

NORRED LAW, PLLC
/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094; wnorred@norredlaw.com
C. Chad Lampe, Texas Bar No. 24045042; chad@norredlaw.com
515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
Attorney for Plaintiffs

CERTIFICATE OF SERVICE - I certify that I served the above notice by the Court's ECF system to the City of Fort Worth and all interested parties on February 20, 2020.

/s/ Warren V. Norred
Warren V. Norred