UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BROOKES H. BAKER, et al.,** § | | |
| *Plaintiffs,* § | | |
| § | | |
| **v.** § | | Case: 4:19-cv-00869-O |
| § | | |
| **CITY OF FORT WORTH, et al.,** § | | |
| *Defendants.* § | | |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE REPONSE

**COME NOW** Plaintiffs Baker and Roberts (collectively "Plaintiffs") to file this unopposed motion for extension of time to file a response to the Motion to Dismiss filed by City of Fort Worth on April 14, 2020 (ECF No. 29).

The deadline for Plaintiffs' response to the Defendant's Motion to Dismiss is currently May 4, 2020. Based on the undersigned's unusually crowded schedule and with the agreement of the City of Fort Worth, Defendant, Plaintiffs respectfully request an additional two weeks to make a more thorough response than is possible within the constraints of the current deadline.

### PRAYER

Plaintiffs respectfully request an additional two weeks of time to file their Response to the Officer Defendants' pleadings, for a new deadline of May 18, 2020.

Respectfully submitted,

NORRED LAW, PLLC
/s/ Warren V. Norred
Warren V. Norred, Texas Bar No. 24045094; wnorred@norredlaw.com
C. Chad Lampe, Texas Bar No. 24045042; chad@norredlaw.com
515 E. Border Street; Arlington, Texas 76010
Tel. (817) 704-3984; Fax. (817) 524-6686
Attorney for Plaintiffs

CERTIFICATE OF CONFERENCE – I certify that I conferred via email with counsel for all Defendants, Laetitia Brown, who did not oppose this requested extension of two weeks.

/s/Warren V. Norred
Warren. V. Norred


CERTIFICATE OF SERVICE - I certify that the above was served on all parties seeking service in the instant case via the Court's e-file system on April 29, 2020.

/s/Warren V. Norred
Warren. V. Norred