

August 10, 2020

United States District Court
Northern District of Texas
Fort Worth Division
501 West 10th Street, Room 310
Fort Worth, TX 76102-3673

*Attn: Clerk of the Court*

**Via PACER**

*4:19-cv-00869-O, Baker et al., v. City of Fort Worth, et al.*

To the Clerk of the Court:

Please find attached the designation of expert witness and related disclosures pursuant to Fed. R. Civ. Pro. 26(a)(2) that were served on counsel for Defendants on August 7, 2020.

If there are any questions regarding this, please feel free to contact me.

Warm regards,

/s/Marie Anderson

Marie Anderson
marie@norredlaw.com
Legal Assistant
NORRED LAW, PLLC