# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS - FORT WORTH DIVISION

| | |
|---|---|
| **BROOKES H. BAKER, CURTIS RYAN ROBERTS,** § | |
| *Plaintiffs* § | |
| v. § | 4:19-CV-00869-O |
| § | |
| **CITY OF FORT WORTH, et al.,** § | |
| *Defendants.* § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiffs Brookes H. Baker and Curtis Ryan Roberts and Defendant City of Fort Worth to file this joint motion to dismiss with prejudice.

Following the Court's grant of Baker's alternative Motion for Partial Summary Judgment, all parties reached an agreement whereby the remaining questions of the instant case are settled to their satisfaction.

Plaintiffs therefore move, with Defendant's agreement, for dismissal with prejudice of all claims brought in the instant case, with costs taxed to those who incurred them.

Respectfully submitted,

| | |
|---|---|
| /s/ Warren V. Norred | /s/ Laetitia Coleman Brown |
| Warren V. Norred, TBN: 24045094 | Laetitia Coleman Brown |
| wnorred@norredlaw.com | Senior Assistant City Attorney |
| C. Chad Lampe, TBN: 24045042; | Chief, Public Safety Section |
| chad@norredlaw.com | City Attorney's Office |
| NORRED LAW, PLLC | 200 Texas Street |
| 515 E. Border Street; | Fort Worth, Texas 76102 |
| Arlington, Texas 76010 | (817) 392-6639 |
| Tel. (817) 704-3984; | Laetitia.Brown@fortworthtexas.gov |
| Fax. (817) 524-6686 | *for Defendant City of Fort Worth* |
| *for Plaintiffs* | |

CERTIFICATE OF CONFERENCE – As indicated by the above signatures, all parties favor dismissal. I spoke with Laetitia Coleman Brown, Deputy City Attorney for the City of Fort Worth through email, who agreed to this motion on February 4, 2021.

/s/Warren V. Norred

CERTIFICATE OF SERVICE - I certify that the above was served on all parties seeking service via the Court's e-file system on February 4, 2021.

/s/Warren V. Norred